**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

**CASE NO. 23-80108-CR-CANNON**

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**ADRIAN SANCHEZ-LOPEZ,**

    Defendant.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION WITH CLARIFICATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce E. Reinhart following Change of Plea Hearing [ECF No. 19]. On August 7, 2023, Magistrate Judge Reinhart held a Change of Plea hearing [ECF No. 17] during which Defendant pled guilty to the sole Count of the Information [ECF No. 8] pursuant to a written factual proffer and plea agreement [ECF No. 18]. Magistrate Judge Reinhart thereafter issued a Report recommending that the Court accept Defendant's guilty plea to the sole Count of the Information, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the offense [ECF No. 8]. Neither party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 19] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant **Adrian Sanchez-Lopez** as to the sole Count of the Information is **ACCEPTED**.

CASE NO. 23-80108-CR-CANNON

3. Defendant **Adrian Sanchez-Lopez** is adjudicated guilty of the sole Count of the Information, reentry of a deported alien, in violation of 8 U.S.C. § 1326(a) and (b)(1) [ECF No. 8].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 25th day of August 2023.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record